UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH THE
FOLLOWING FACEBOOK ACCOUNT:
FACEBOOK USERNAME "LEON
RUSSELL," ASSOCIATED WITH USER ID
NUMBER 100001100116622 AND URL
HTTPS://WWW.FACEBOOK.COM/LEON.R
USSELL.355;

THAT IS STORED AT PREMISES
CONTROLLED BY FACEBOOK INC

------------------------------X

UNSEALING ORDER

Docket No. 18-M-1203 (SLT)

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Jonathan E. Algor, for an order unsealing the search warrant and underlying affidavit in the above-captioned matter.

WHEREFORE, it is ordered that the search warrant and underlying affidavit in the above-captioned matter be unsealed.

Dated: Brooklyn, New York
April 9, 2019

S/ Bloom

HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK